**STATE of Missouri, Respondent,**

v.

**Robert L. MEIER, Appellant.**

**No. ED 82992.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 31, 2004.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 14, 2004.

Application for Transfer Denied
Nov. 23, 2004.

William James O'Herin, Florissant, MO,
for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Andrew W. Hassell, Jefferson City, MO,
for respondent.

Before CLIFFORD H. AHRENS, P.J.,
WILLIAM H. CRANDALL JR., J., and
LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Robert L. Meier ("defendant") appeals
the judgment on his conviction of three
counts of first-degree child molestation in
violation of section 566.067, RSMo (1994).
Defendant claims the trial court erred in
resentencing him pursuant to an order of
the Missouri Supreme Court without al-
lowing him the opportunity to file a motion
for judgment of acquittal and motion for
new trial.

We have reviewed the briefs of the par-
ties and the record on appeal and find no
error of law. No jurisprudential purpose
would be served by a written opinion.
However, the parties have been furnished
with a memorandum opinion for their in-
formation only, setting forth the facts and
reasons for this order.

The judgment of the trial court is af-
firmed in accordance with Rule 30.25(b).